Jeffrey I. Hasson  
Attorney at Law  
Davenport & Hasson, LLP  
12707 NE. Halsey Street  
Portland, OR 97230  
Phone: (503) 255-5352  
Facsimile No.: (503) 255-6124  
E-Mail: hasson@dhlaw.biz  
Washington State Bar No. 23741  
Attorney for Defendant GC  

Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JOSEPH ANDREW HYLKEMA,<br><br>   Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP of Delaware, TOM DANCE AND JANE DOE DANCE; BELINDA DOE AND JOHN DOE; MIKE DOE; TANISHA DOE; DEVONNA DOE; KATIE FREEBERG; ANDRE DOE; SHARON DOE; KIRK BROWN; SARAH DOE; AND JANE DOE ALTMAN; individually and the marital communities thereof,<br><br>   Defendants. | Case No.: C09-1325-RSM<br><br>ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT GC |

COMES NOW Defendant GC Services Limited Partnership (GC), without waiving any objections, rights, and defenses relating to jurisdiction and process, hereby answers Plaintiff's complaint and demand for jury trial as follows:

I. ANSWER

1.1.   GC admits this is an action under the Fair Debt Collection Practices Act, 15 USC §

ANSWER, AND AFFIRMATIVE DEFENSES OF DEFENDANT GC - 1  
Case No. C09-1325-RSM

**DAVENPORT & HASSON, LLP**  
Attorneys at Law  
12707 NE. Halsey Street  
Portland, OR 97230  
Telephone No. (503) 255-5352  
Facsimile No. (503) 255-6124

1692 et seq. (FDCPA), Washington Collection Agency Act, RCW 19.16 et seq. (WCAA), Washington Consumer Protection Act, RCW 19.86 et seq. (WCPA), and denies liability under any of those theries, and, denies the remaining allegations contained in Paragraph 1.1 of Plaintiff's Complaint.

 1.2. GC admits this court has jurisdiction of cases under the Fair Debt Collection Practices Act, 15 USC § 1692 et seq. (FDCPA), and venue is proper in this Court as to GC only, and denies the remaining allegations contained in Paragraph 2.1 of Plaintiff's Complaint.

 1.3. GC admit plaintiff is an adult, and denies the remaining allegations contained in Paragraph 3.1 of Plaintiff's Complaint.

 1.4. GC admits GC is a Delaware limited partnership, and denies the remaining allegations contained in Paragraph 3.2 of Plaintiff's Complaint.

 1.5. GC admits GC is authorized to do business in the State of Washington, and denies the remaining allegations contained in Paragraph 3.3 of Plaintiff's Complaint.

 1.6. GC denies the allegations contained in Paragraph 3.4 of Plaintiff's Complaint.

 1.7. GC admits it regularly attempts to collect debts asserted to be owed or due another using the telephone, mails, and other instrumentalities of interstate commerce and attempted to collect an obligation owed by Plaintiff to the US Department of Education (the "obligation") and denies the remaining allegations contained in Paragraph 3.5 of Plaintiff's Complaint.

 1.8. GC lacks sufficient information to admit or deny the allegations contained in Paragraph 3.6 of Plaintiff's Complaint, and, therefore, denies the remaining allegations contained in Paragraph 3.6 of Plaintiff's Complaint.

 1.9. GC lacks sufficient information to admit or deny the allegations contained in Paragraph 3.7 of Plaintiff's Complaint, and, therefore, denies the remaining allegations contained in Paragraph 3.7 of Plaintiff's Complaint.

 1.10. GC lacks sufficient information to admit or deny the allegations contained in Paragraph 3.8 of Plaintiff's Complaint, and, therefore, denies the remaining allegations contained in

ANSWER, AND AFFIRMATIVE DEFENSES OF DEFENDANT GC - 2
Case No. C09-1325-RSM

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  Paragraph 3.8 of Plaintiff's Complaint.

2      1.11.   GC lacks sufficient information to admit or deny the allegations contained in
3  Paragraph 3.9 of Plaintiff's Complaint, and, therefore, denies the remaining allegations contained in
4  Paragraph 3.9 of Plaintiff's Complaint.

5      1.12.   GC lacks sufficient information to admit or deny the allegations contained in
6  Paragraph 3.10 of Plaintiff's Complaint, and, therefore, denies the remaining allegations contained
7  in Paragraph 3.10 of Plaintiff's Complaint.

8      1.13.   GC denies the allegations contained in Paragraph 4.1 of Plaintiff's Complaint.
9      1.14.   GC denies the allegations contained in Paragraph 4.2 of Plaintiff's Complaint.
10     1.15.   GC denies the allegations contained in Paragraph 4.3 of Plaintiff's Complaint.
11     1.16.   GC denies the allegations contained in Paragraph 4.4 of Plaintiff's Complaint.
12     1.17.   GC denies the allegations contained in Paragraph 4.5 of Plaintiff's Complaint.
13     1.18.   GC denies the allegations contained in Paragraph 4.6 of Plaintiff's Complaint.
14     1.19.   GC denies the allegations contained in Paragraph 4.7 of Plaintiff's Complaint.
15     1.20.   GC denies the allegations contained in Paragraph 4.7.1 of Plaintiff's Complaint.
16     1.21.   GC denies the allegations contained in Paragraph 4.7.2 of Plaintiff's Complaint.
17     1.22.   GC denies the allegations contained in Paragraph 4.7.3 of Plaintiff's Complaint.
18     1.23.   GC denies the allegations contained in Paragraph 4.7.4 of Plaintiff's Complaint.
19     1.24.   GC denies the allegations contained in Paragraph 4.7.5 of Plaintiff's Complaint.
20     1.25.   GC denies the allegations contained in Paragraph 4.7.6 of Plaintiff's Complaint.
21     1.26.   GC denies the allegations contained in Paragraph 4.7.7 of Plaintiff's Complaint.
22     1.27.   GC denies the allegations contained in Paragraph 4.7.8 of Plaintiff's Complaint.
23     1.28.   GC denies the allegations contained in Paragraph 4.7.9 of Plaintiff's Complaint.
24     1.29.   GC denies the allegations contained in Paragraph 4.7.10 of Plaintiff's Complaint.
25     1.30.   GC denies the allegations contained in Paragraph 4.7.11 of Plaintiff's Complaint.
26     1.31.   GC denies the allegations contained in Paragraph 4.7.12 of Plaintiff's Complaint.

ANSWER, AND AFFIRMATIVE DEFENSES OF DEFENDANT GC - 3
Case No. C09-1325-RSM

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1.32.   GC denies the allegations contained in Paragraph 4.7.13 of Plaintiff's Complaint.

1.33.   GC denies the allegations contained in Paragraph 4.7.14 of Plaintiff's Complaint.

1.34.   GC denies the allegations contained in Paragraph 4.7.15 of Plaintiff's Complaint.

1.35.   GC denies the allegations contained in Paragraph 4.8 of Plaintiff's Complaint.

1.36.   GC denies the allegations contained in Paragraph 4.9 of Plaintiff's Complaint.

1.37.   GC lacks sufficient information to admit or deny the allegations contained in Paragraph 4.10 of Plaintiff's Complaint, and, therefore, denies the remaining allegations contained in Paragraph 4.10 of Plaintiff's Complaint.

1.38.   GC denies the allegations contained in Paragraph 4.11 of Plaintiff's Complaint.

1.39.   GC denies the allegations contained in Paragraph 4.12 of Plaintiff's Complaint.

1.40.   GC denies the allegations contained in Paragraph 5.1 of Plaintiff's Complaint.

1.41.   GC denies the allegations contained in Paragraph 5.1.1 of Plaintiff's Complaint.

1.42.   GC denies the allegations contained in Paragraph 5.1.2 of Plaintiff's Complaint.

1.43.   GC denies the allegations contained in Paragraph 5.1.3 of Plaintiff's Complaint.

1.44.   GC denies the allegations contained in Paragraph 5.2 of Plaintiff's Complaint.

1.45.   GC denies the allegations contained in Paragraph 5.3 of Plaintiff's Complaint.

1.46.   GC denies the allegations contained in Paragraph 5.4 of Plaintiff's Complaint.

1.47.   GC denies the allegations contained in Paragraph 5.5 of Plaintiff's Complaint.

1.48.   GC denies the allegations contained in Paragraph 5.6 of Plaintiff's Complaint.

1.49.   GC denies the allegations contained in Paragraph 6.1 of Plaintiff's Complaint.

1.50.   GC denies the allegations contained in Paragraph 6.2 of Plaintiff's Complaint.

1.51.   GC denies the allegations contained in Paragraph 6.3 of Plaintiff's Complaint.

1.52.   GC denies the allegations contained in Paragraph 7.1 of Plaintiff's Complaint.

1.53.   GC denies the allegations contained in Paragraph 8.1 of Plaintiff's Complaint.

1.54.   Except as so admitted, GC denies each and every allegation in Plaintiff's Complaint.

## II. AFFIRMATIVE DEFENSES

ANSWER, AND AFFIRMATIVE DEFENSES OF DEFENDANT GC - 4
Case No. C09-1325-RSM

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

Having answered Plaintiff's complaint, GC alleges the following affirmative defenses.

2.1. **Failure to State Claims**.

2.2. **Lack of Personal Jurisdiction over the Individual Defendants**.

2.3. **Lack of Subject Matter Jurisdiction**.

2.4. **Limitation of Action**.

2.5. **Preclusion by Federal Law.**

2.6. **Bona Fide Error.**  Without admitting any violation, if any violation of the Fair Debt Collection Practices Act occurred, it was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

### III. PRAYER

Wherefore having fully answered Plaintiff's complaint, and having interposed affirmative defenses, the GC pray for the following relief:

4.1. Dismissal of the Action with prejudice, and with costs to GC.

4.2. For such other and further relief as may be provided by law.

Dated this 1st day of October, 2009.

DAVENPORT & HASSON, LLP

s/ Jeffrey I. Hasson
WSBA No. 23741
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Telephone: (503) 255-5352
Fax: (503) 255-6124
E-Mail: hasson@dhlaw.biz

*Attorney for Defendants*

ANSWER, AND AFFIRMATIVE DEFENSES OF DEFENDANT GC - 5
Case No. C09-1325-RSM

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124