Jeffrey I. Hasson  
Attorney at Law  
Davenport & Hasson, LLP  
12707 NE. Halsey Street  
Portland, OR 97230  
Phone: (503) 255-5352  
Facsimile No.: (503) 255-6124  
E-Mail: hasson@dhlaw.biz  
Washington State Bar No. 23741  
Attorney for Defendants  

Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JOSEPH ANDREW HYLKEMA,<br><br>  Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP of Delaware, TOM DANCE AND JANE DOE DANCE; BELINDA DOE AND JOHN DOE; MIKE DOE; TANISHA DOE; DEVONNA DOE; KATIE FREEBERG; ANDRE DOE; SHARON DOE; KIRK BROWN; SARAH DOE; AND JANE DOE ALTMAN; individually and the marital communities thereof,<br><br>  Defendants. | Case No.: C09-1325-RSM<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GC |

TO: JOSEPH ANDREW HYLKEMA, Plaintiff,

AND TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE;

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GC - 1  
Case No. C09-1325-RSM

**DAVENPORT & HASSON, LLP**  
Attorneys at Law  
12707 NE. Halsey Street  
Portland, OR 97230  
Telephone No. (503) 255-5352  
Facsimile No. (503) 255-6124

1  YOU AND EACH OF YOU are hereby notified that the undersigned defendant GC

2  SERVICES LIMITED PARTNERSHIP ("GC") in the above-entitled action is a not a subsidiary of

3  a publicly held company that owns 10% or more of defendant GC's stock.

4  Dated this 1st day of October, 2009.

DAVENPORT & HASSON, LLP

s/ Jeffrey I. Hasson
WSBA No. 23741
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Telephone: (503) 255-5352
Fax: (503) 255-6124
E-Mail: hasson@dhlaw.biz

***Attorney for Defendants***

CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT GC - 2
Case No. C09-1325-RSM

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124